UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gary Hann,

   Appellant,          Case No.07-13687

v.                 Hon. Nancy G. Edmunds

State Treasurer, et. al.,

   Appellees.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

   This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Appellees' Motion to Dismiss Appeal is hereby GRANTED, and the appeal is hereby DISMISSED.

   SO ORDERED.

             s/Nancy G. Edmunds
             Nancy G. Edmunds
             United States District Judge

Dated:  March 18, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2009, by electronic and/or ordinary mail.

             s/Carol A. Hemeyer
             Case Manager